IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN HOWARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:20cv79-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's "Motion to Vacate Judgement Pursuant to Fed.R.Civ.P. 60(b)(6)," which is a successive motion to vacate his conviction and sentence under 28 U.S.C. § 2255, be dismissed for lack of jurisdiction because the required permission for a successive motion has not been obtained from the Eleventh Circuit Court of Appeals.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of March, 2020.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**