IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
STEPHEN HOWARD,              )
                             )
     Petitioner,             )
                             )       CIVIL ACTION NO.
     v.                      )         3:20cv79-MHT
                             )             (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(2) The 28 U.S.C. § 2255 motion (doc. no. 2) is dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of March, 2020.

                                     /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE