IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
STEPHEN HOWARD,              )
                             )
      Petitioner,            )
                             )      CIVIL ACTION NO.
      v.                     )      3:20cv79-MHT
                             )         (WO)
UNITED STATES OF AMERICA,    )
                             )
      Respondent.            )
```

ORDER

It is ORDERED that petitioner's motion for a certificate of appealability (doc. no. 9) is denied.

A certificate of appealability is not needed when an appeal is from a dismissal of a 28 U.S.C. § 2255 petition as an unauthorized second or successive filing. *See Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004).

DONE, this the 21st day of April, 2020.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE